Priority —
Send —
Enter ✓
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY ESCARENO, <br><br> Petitioner, <br><br> vs. <br><br> M. EVANS, Warden, <br><br> Respondent. | Case No. CV 05-6122-CJC (OP) <br><br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: February 25, 2009

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge